# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| Selective Insurance Company of the Southeast, | ) )  Civil Action No. 2:11-00220-CWH |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| Low Country Renovations, LLC, Meeting Street Builders, LLC, Meeting Street Companies, LLC, MS Tenn Towns, LLC, Joseph T. Roy, IV, Meeting Street at Tennyson Row Horizontal Property Regime, and Meeting Street at Tennyson Row Homeowners Association, Inc., | ) ) ) ) **NOTICE OF DISMISSAL** ) ) ) ) ) |
| Defendants. | ) ) |

    Pursuant to Rule 41(a)(1)(A)(1), FRCP, the Plaintiff Selective Insurance Company of the Southeast hereby dismisses its Complaint without prejudice in the above-captioned action.

                       DAVIDSON & LINDEMANN, P.A.

                       BY:___s/ *Andrew F. Lindemann*_____
                            ANDREW F. LINDEMANN     #5070
                            1611 Devonshire Drive
                            Post Office Box 8568
                            Columbia, South Carolina 29202
                            TEL: (803) 806-8222
                            FAX: (803) 806-8855
                            E-MAIL: alindemann@dml-law.com

                       *Counsel for Plaintiff Selective Insurance*
                       *Company of the Southeast*

Columbia, South Carolina

May 22, 2011